UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISON

IN RE:                              :       CASE NO. A07-62734-MGD

                                    :       JUDGE DIEHL

                                    :
MICHAEL DALE WILES and                      IN PROCEEDINGS UNDER CHAPTER
BONNY LEE WILES,                    :
        DEBTORS                             13 OF THE BANKRUPTCY CODE

NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Comes now Cash Credit Corporation, a secured creditor and party-in-interest in the above styled case and hereby files this Notice of Appearance and Request for Notices. It is requested that it be served with copies of all notices issued by the Clerk of the Court and all other pleadings and notices to parties-in-interest filed by the Debtor, by addressing same to its undersigned counsel.

This 5th day of March, 2007.

                                s/ Richard V. Karlberg, Jr.
                                Richard V. Karlberg, Jr.
                                Attorney for Movant
                                State Bar No. 407900

34 Peachtree St., Suite 2210
Atlanta, Georgia 30303
(404) 523-2888

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served the following named persons with a copy of the within and foregoing pleading by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon, to wit:

Mary Ida Townson
Chapter 13 Trustee
100 Peachtree Street
Suite 2700, Equitable Building
Atlanta, Georgia 30303

Angela Little Hamilton
Attorney for Debtor
543 E. Lanier Avenue
Fayetteville, Georgia 30214

Michael & Bonny Wiles
Debtors
419 Paiute Road
Locust Grove, Georgia 30248

This 5th day of March, 2007.

s/ Richard V. Karlberg, Jr.
RICHARD V. KARLBERG, Jr.
Attorney for Movant
State Bar No. 407900

34 Peachtree St., Suite 2210
Atlanta, Georgia 30303
Phone: (404) 523-2888