UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                              :        CASE NO. A07-62734-MGD

                                    :
                                             JUDGE DIEHL
                                    :
                                             IN PROCEEDINGS UNDER CHAPTER
BONNY LEE WILES,                    :
          DEBTOR                             13 OF THE BANKRUPTCY CODE

OBJECTION TO CONFIRMATION OF PLAN

Comes now Cash Credit Corporation, a creditor in the above style case and files its objection and shows:

-1-

The debtor has filed a plan which proposes to pay secured claims to the extent of the value of the security as shown by the plan.

-2-

The Objector has filed a claims in the amount of $10,659.75 and holds a purchase money security interest in a 1998 Dodge Ram.

-3-

The plan provides that the objector's claim be paid a pre-confirmation adequate protection payment of $50.00 per month, a post confirmation payment of $50.00 per month, and a step plan for $500.00 per month to begin

in August, 2008, and $733.00 per month to begin on November, 2008.

-4-

The plan provides that the majority of plan payments be assigned for the payment of attorney fees.

-5-

The objector contends that the plan has not been proposed in good faith.

WHEREFORE, Objector demands that its objection be inquired into and be sustained.

RICHARD V. KARLBERG, Jr.
Attorney for Objector
State Bar No. 407900

34 Peachtree St., Suite 2210
Atlanta, Georgia 30303
Phone: (404) 523-2888

CERTIFICATE OF SERVICE

This is to certify that I have this day served the following named persons with a copy of the within and foregoing pleading by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon, to wit:

Mary Ida Townson
Chapter 13 Trustee
100 Peachtree Street
Suite 2700, Equitable Building
Atlanta, Georgia 30303

Angela Little Hamilton
Attorney for Debtor
543 E. Lanier Avenue
Fayetteville, Georgia 30214

Bonny L. Wiles
Debtor
419 Paiute Road
Locust Grove, Georgia 30248

This __13th__ day of April, 2007.

_____
RICHARD V. KARLBERG, Jr.
Attorney for Movant
State Bar No. 407900

34 Peachtree St., Suite 2210
Atlanta, Georgia 30303
Phone: (404) 523-2888