UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| MICHAEL DALE WILES | ) | |
| BONNY LEE WILES | ) | CASE NO. A07-62734-MGD |
| | ) | |
| DEBTOR(S) | ) | |

### NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

COMES NOW MARY IDA TOWNSON, CHAPTER 13 TRUSTEE, and files this Notice that she is remitting to the Registry of the Clerk of the United States Bankruptcy Court the following payment:

  Payee Name: CASH CREDIT CORPORATION
  Check Number: 2312694
  Check Date: 11/30/2012
  Check Amount: $9,779.45

These funds are being remitted to the Registry because the payee has not claimed the funds.

### CERTIFICATE OF SERVICE

This is to certify that I have this day, December 19, 2012, served the Notice of Deposit of Unclaimed Funds by 1st class United States Mail to:

ANGELA LITTLE HAMILTON
HAMILTON & SANDERS, LLC
543 E LANIER AVE
FAYETTEVILLE, GA  30214

MARY IDA TOWNSON, TRUSTEE
State Bar Number: 715063
191 Peachtree Street, Suite 2200
Atlanta, Georgia 30303
(404) 525-1110

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| MICHAEL DALE WILES ) | |
| BONNY LEE WILES ) | CASE NO. A07-62734-MGD |
| ) | |
| DEBTOR(S) ) | |

### NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

COMES NOW MARY IDA TOWNSON, CHAPTER 13 TRUSTEE, and files this Notice that she is remitting to the Registry of the Clerk of the United States Bankruptcy Court the following payment:

Payee Name: CASH CREDIT CORPORATION
Check Number: 2312694
Check Date: 11/30/2012
Check Amount: $8.22

These funds are being remitted to the Registry because the payee has not claimed the funds.

### CERTIFICATE OF SERVICE

This is to certify that I have this day, December 19, 2012, served the Notice of Deposit of Unclaimed Funds by 1st class United States Mail to:

ANGELA LITTLE HAMILTON
HAMILTON & SANDERS, LLC
543 E LANIER AVE
FAYETTEVILLE, GA 30214

MARY IDA TOWNSON, TRUSTEE
State Bar Number: 715063
191 Peachtree Street, Suite 2200
Atlanta, Georgia 30303
(404) 525-1110