# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| In re:<br>MICHAEL DALE WILES<br>BONNY LEE WILES<br>Debtor(s) | Case No. A07-62734-MGD |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Mary Ida Townson, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/20/2007.

2) The plan was confirmed on 06/15/2007.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 05/21/2009.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 11/13/2012.

6) Number of months from filing to last payment: 69.

7) Number of months case was pending: 70.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $1,490.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $31,532.97 |
| Less amount refunded to debtor | $5,892.79 |

**NET RECEIPTS:** $25,640.18

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,182.85 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,682.85

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CASH CREDIT CORPORATION | Unsecured | NA | 822.23 | 822.23 | 9.17 | 0.00 |
| CASH CREDIT CORPORATION | Secured | 5,800.00 | 10,659.75 | 10,659.75 | 10,659.75 | 2,237.21 |
| EAGLES LANDING FAMILY CLINIC | Unsecured | 218.00 | 1,496.87 | 1,496.87 | 16.69 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 64,813.38 | 64,813.38 | 722.68 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 67,000.00 | 522.79 | 522.79 | 522.79 | 0.00 |
| INTERNAL REVENUE SERVICE | Secured | NA | 1,490.00 | 1,490.00 | 1,490.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 8,092.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 564.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 599.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 319.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 553.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 36.00 | NA | NA | 0.00 | 0.00 |
| STATE OF GEORGIA | Secured | 24,628.00 | 1,490.05 | 1,490.05 | 1,490.05 | 0.00 |
| STATE OF GEORGIA | Priority | 2,534.00 | 2,534.00 | 2,534.00 | 2,534.00 | 0.00 |
| STATE OF GEORGIA | Unsecured | NA | 24,662.16 | 24,662.16 | 274.99 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
|     Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
|     Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
|     Debt Secured by Vehicle | $10,659.75 | $10,659.75 | $2,237.21 |
|     All Other Secured | $2,980.05 | $2,980.05 | $0.00 |
| **TOTAL SECURED:** | **$13,639.80** | **$13,639.80** | **$2,237.21** |
| **Priority Unsecured Payments:** | | | |
|     Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
|     Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
|     All Other Priority | $3,056.79 | $3,056.79 | $0.00 |
| **TOTAL PRIORITY:** | **$3,056.79** | **$3,056.79** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$91,794.64** | **$1,023.53** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $5,682.85 |
| Disbursements to Creditors | $19,957.33 |
| **TOTAL DISBURSEMENTS :** | **$25,640.18** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 12/28/2012        By: /s/ Mary Ida Townson
                                               Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: ) CHAPTER 13
MICHAEL DALE WILES )
BONNY LEE WILES ) CASE NO. A07-62734-MGD
)
DEBTORS )

**CERTIFICATE OF SERVICE**

This is to Certify that I have this day served

   MICHAEL DALE WILES
   2061 KINRIDGE TRAIL
   MARIETTA, GA  30062


   BONNY LEE WILES
   419 PAIUTE RD
   LOCUST GROVE, GA  30248


   ANGELA LITTLE HAMILTON
   HAMILTON & SANDERS, LLC
   543 E LANIER AVE
   FAYETTEVILLE, GA  30214


with a copy of the foregoing Chapter 13 Trustee's Final Report and Account by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

DATED:  12/28/2012                                  /S/
_____
Mary Ida Townson, Chapter 13 Trustee
State Bar No. 715063
100 Peachtree Street, Suite 2700
Atlanta, GA 30303
(404) 525-1110
maryidat@atlch13tt.com


**UST Form 101-13-FR-S (9/1/2009)**